**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Symbocor LLC d/b/a Symbacor
  Correctional Healthcare
c/o Symbol Health Solutions LLC
3705 A Government Blvd
Mobile, AL 36693

|||||| 9590 9402 9492 5069 6185 53

2. Article Number (Transfer from service label)

7020 2450 0001 8279 7994

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Cortes
☐ Agent
☒ Addressee

B. Received by (Printed Name): Cortes
C. Date of Delivery: 7/10/25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
☐ ...ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt